**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000294
26-MAY-2020
09:32 AM**

NO. CAAP-20-0000294

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

LIISA BERGMANN, Plaintiff-Appellee, v.
HAWAIʻI RESIDENCY PROGRAMS, INC., Defendant-Appellant; and
THE QUEEN'S MEDICAL CENTER, DANNY TAKANISHI, M.D.,
SUSAN STEINEMANN, M.D., and DOE ENTITIES 1-10,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC151001268)

ORDER APPROVING STIPULATION TO DISMISS APPEAL WITH PREJUDICE
(By:  Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal With Prejudice (Stipulation), filed May 14, 2020, by Defendant-Appellant Hawaiʻi Residency Programs, Inc., the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; (3) the Stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, May 26, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge